# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2007

132949

RANDY C. BURRIS,
       Plaintiff-Appellee,

v

ALLSTATE INSURANCE CO.,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132949
COA: 261505
Wayne CC: 02-208320-NF

On order of the Court, the application for leave to appeal the September 21, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 28 days of the date of this order, but they should not submit mere restatements of their application papers.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2007

_____
Clerk

p1016